1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NIELSEN MERKSAMER
   PARRINELLO GROSS & LEONI LLP
   Marguerite Mary Leoni, Esq. (S.B. No. 101696)
   Christopher E. Skinnell, Esq. (S.B. No. 227093)
   2350 Kerner Boulevard, Suite 250
San Rafael, California 94901
Telephone: (415) 389-6800
Facsimile: (415) 388-6874
Email: mleoni@nmgovlaw.com
Email: cskinnell@nmgovlaw.com

*Attorneys for Defendants*
PANAMA-BUENA VISTA UNION SCHOOL DISTRICT, *ET AL.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES HEURTA FOUNDATION, *et al.*,   )<br><br>    *Plaintiffs*,   )<br><br>vs.   )<br><br>PANAMA-BUENA VISTA UNION SCHOOL )<br>DISTRICT, *et al.*,   )<br><br>    *Defendants*.   )<br>_____ ) | Case #1:22-cv-00226-AWI-BAK<br><br>**DECLARATION OF PRISCILLA QUINN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS (FRCP 12(b)(1) AND 12(c))**<br><br>JUDGE: Hon. Anthony W. Ishii<br><br>Date:  July 18, 2022<br>Time:  1:30 P.M.<br>Place:  Courtroom 2 |

I, Priscilla Quinn, declare under penalty of perjury:

1.      I am over 18 years of age and make this declaration of my personal knowledge.

2.      I am Assistant Superintendent of Finance in the office of the Kern County Superintendent of Schools.  I am also the Kern County Superintendent's designee as Secretary to the Kern County Committee on School District Organization ("County Committee").  I have held this position since April 2020. My duties include coordinating meeting dates and logistics for the County Committee, preparing official notices and agendas, and overseeing the posting of notices and agendas.  I also attend most of the meetings of the County Committee.  I attended the special meeting of the County Committee on May 18, 2022.

3.      I am also custodian of records for the County Committee.  In that capacity I maintain the official records of the meetings and actions of the County Committee including all final notices, agendas, meeting materials, and minutes of the County Committee.  The records are maintained in the offices of the Kern County Superintendent of Schools.

4.      Attached hereto are the following documents from the official records of the County Committee:

Exhibit A: Notice and Agenda of a Hearing of the Kern County Committee on School District Organization Regarding the Method of Election of Trustees in the Panama-Buena Vista Union School District.

Exhibit B: Minutes of the May 12, 2022, Public Hearing, noted above, approved by the County Committee at its meeting on May 18, 2022.

Exhibit C: Notice and Agenda of Special Meeting of the Kern County Committee on School District Organization, Wednesday, May 18, 2022, at 5 p.m.

5.      The above documents are maintained in the official records of the County Committee in the ordinary course of its business. I have authority to certify that the foregoing records are true and correct copies of the official records prepared or compiled in the ordinary course of business of the County Committee at or near the time of the acts, conditions, or events recorded.

6.      The Minutes of the May 18, 2022, Special Meeting of the Kern County Committee on School District Organization, will be on the agenda for adoption by the County Committee at its special meeting on June 29, 2022. At the May 18, 2022, special meeting, I heard the discussion and action of the County Committee on agenda item #10, the request of the Panama-Buena Vista Union School District on the proposal of the Board of Trustees that members of the governing board be elected in single-member trustee areas using a by-trustee area election method, a proposed single-member trustee area map, and a sequence of elections in the trustee areas.  The proposal of the Board of Trustees of the Panama-Buena Vista Union School District was approved by the County Committee by the unanimous vote of those members present.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called as a witness I could testify competently thereto.

Executed this 8th day of June 2022 at Bakersfield, California.

Priscilla Quinn

# EXHIBIT A

Notice and Agenda of a Hearing of the Kern County Committee on School District Organization Regarding the Method of Election of Trustees in the Panama-Buena Vista Union School District

Location, Date and Time: Thursday, May 12, 2022, 4:30PM via Teleconference

Notice of Teleconferencing Pursuant to Executive Order N-29-20 and Government Code section 54953 and the distancing recommendations of the California Department of Public Health: A Representative of the Committee will conduct this meeting from a remote location via teleconference or videoconference via telephone or other electronic means.

This meeting will be accessible to members of the public, and public comment will be allowed only on agenda items at the appropriate time, as follows:
1-888-475-4499 and enter code 430 112 3877.

Any individual who requires disability related accommodations or modifications, including auxiliary aids and service, in order to participate in the public meeting should contact Christina Fabrizio at 661.636.4680. Any materials required by law to be made available to the public prior to the meeting can be requested by email to the following address: chfabrizio@kern.org, by May 12, 2022, at 12:00 p.m.

A Representative of the Committee will conduct a public hearing on the Committee's behalf on this proposal.

> Call to Order

> Public Hearing on the proposal of the Board of Trustees of the Panama-Buena Vista Union School District that 1) members of the governing board be elected in single-member trustee areas in which each trustee must reside as reflected in the proposed trustee area map selected by the Board of Trustees; 2) members of the governing board be elected by the registered voters of that particular trustee area; 3) each incumbent member shall serve out his or her term of office; 4) succeeding board members shall be nominated and elected in accordance with the recommended method of election and in the sequence proposed by the Board of Trustees, and 5) the resolution not be submitted to the electors of the district for approval, because the changes proposed are being made in furtherance of the purposes of the California Voting Rights Act.

> Adjournment

Immediately following the hearing on May 12, 2022, the County Committee will take up the matter of approval or disapproval of the proposal by Panama-Buena Vista Union School District, as well as proposals from several other Kern County School Districts via teleconference. The notice and agenda will be posted 72 hours prior to the meeting. This meeting will be accessible to members of the public, and public comment will be allowed only on agenda items at the appropriate time.

# EXHIBIT B

**KERN COUNTY COMMITTEE ON SCHOOL DISTRICT ORGANIZATION**

**Public Hearing**
**Thursday, May 12, 2022, 4:30 p.m.**
**Teleconference**
**Adopted Minutes (5/18/22)**

**Convened**
The Kern County Committee on School District Organization convened a public hearing held via teleconference on this date to hear any public input on the proposal of the Board of Trustees of the Panama-Buena Vista Union School District that 1) members of the governing board be elected in single-member trustee areas in which each trustee must reside as reflected in the proposed trustee area map selected by the  Board of Trustees; 2) members of the governing board be elected by the registered voters of that particular trustee area; 3) each incumbent member shall serve out his or her term of office; 4) succeeding board members shall be nominated and elected in accordance with the recommended method of election and in the sequence proposed by the Board of Trustees, and 5) the resolution not be submitted to the electors of the district for approval, because the changes proposed are being made in furtherance of the purposes of the California Voting Rights Act.  Notice of the hearing was posted within the school district. The meeting was conducted on behalf of the Committee by Committee Chairman Gavin Banducci.

**Attendance**
<u>County Committee Members Present</u>:  Gavin Banducci, Committee Chair

<u>Officials and Guests</u>:   Priscilla Quinn, Secretary Designee, Kern County Superintendent of Schools (KCSOS), Katie Russell, Superintendent (Panama-Buena Vista Union School District), Grant Herndon, (General Counsel from Schools Legal Service representing Panama-Buena Vista USD), and Marguerite Leoni (Legal Counsel from Nielsen Merksamer for Panama-Buena Vista USD), and Yasmin Bastida, Parent (Panama-Buena Vista USD)

Several members from the public were present.

**Meeting**
Chairman Banducci, Committee chair, called the meeting to order at 4:30 p.m.

Chairman Banducci opened the hearing pursuant to notice on Panama-Buena Vista Union School District proposal is that 1) members of the governing board be elected in single-member trustee areas in which each trustee must reside as reflected in the proposed trustee area map selected by the  Board of Trustees; 2) members of the governing board be elected by the registered voters of that particular trustee area; 3) each incumbent member shall serve out his or her term of office; 4) succeeding board members shall be nominated and elected in accordance with the recommended method of election and in the sequence proposed by the Board of Trustees, and 5) the resolution not be submitted to the

electors of the district for approval, because the changes proposed are being made in furtherance of the purposes of the California Voting Rights Act.

Chairman Banducci called on Mr. Herndon to make a presentation on the petition.

Mr. Herndon introduced Ms. Russell, Superintendent of Panama-Buena Vista USD.

Superintendent Russell reviewed the timeline of the transition process to single-member trustee areas beginning with a February 9, 2022, demand transition to single-member trustee areas, February 22, 2022, Resolution of Intent to change to single-member trustee areas, and a series of six public hearings to receive public input on the composition of trustee areas and draft maps and election sequence.

Mr. Herndon provided a history of trustee-area elections in the District from the previous at-large electoral system with multi-member trustee areas as permitted by Education Code 5030, noting it was not possible using 2010 Census data to create a majority Latino eligible voter trustee area.

Superintendent Russell described the extensive public outreach of public hearings and meetings offered by the District in Spanish and Punjabi translation, including availability of mapping tools and access to the District's demographer for members of the public.  Mr. Herndon reviewed the mapping process resulting in the consideration of 12 maps, and the ultimate selection of the NDC Purple 2 Map.

Following the presentation, Chairman Banducci asked if there was anyone else that would like to speak on this matter either for or against.

Comments made by the public:

Ashley De La Rosa with the Dolores Huerta Foundation expressed that public awareness and notice to the community.  She commented that the map presented seems to be on the right track but could be strengthened by drawing a more compact, urban voting rights.

Alicia Huerta, Director, Dolores Huerta Foundation.  Ms. Huerta commented that the NDC Purple Map is a step in the right direction, but expressed that the board could do more to protect those vulnerable classes from future dilution with the District.

Scott Rafferty, Attorney. Mr. Rafferty commented that his clients sought a single compact, Latino majority trustee area that would facilitate campaigning by Latino candidates.

2

He expressed that
- today's a victory for the voters, parents and students of Panama-Buena Vista SD because we're moving one step closer to the democratically elected board.
- the former system was designed to exploit a loophole in the California Voting Rights Acts which he asserts were Latino voters.

The new majority Latino voting area has large, undeveloped subdivision
- his concern could be fixed by allowing the majority Latino trustee area to vote during the presidential years and this could resolve a federal lawsuit. The voting sequence in Areas 4 and 5 should be switched.
- he disagrees the process was transparent.

Lori Pesante, Dolores Huerta Foundation.  Ms. Pesante wished to reserve comments until the full complement of the Committee members are present.

Chairman Banducci appreciated the presentation and thanked Mr. Herndon and Ms. Russell and all involved for their hard work on this matter.  As well as the public who shared their comments.

Chairman Banducci stated following the hearing, the County Committee will take up the matter of approval or disapproval at its meeting on May 12, 2022, at 5:00 p.m. via teleconference.  This meeting will be accessible to members of the public, and public comment will be allowed only on agenda items at the appropriate time.

Chairman Banducci adjourned the meeting at 4:57 p.m.


Submitted by Christina Fabrizio, Executive Secretary, KCSOS

3

# EXHIBIT C

**NOTICE OF SPECIAL MEETING OF THE**
**KERN COUNTY COMMITTEE ON SCHOOL DISTRICT ORGANIZATION**

**Wednesday, May 18, 2022 at 5 P.M.**

This meeting will be held by teleconference pursuant to Executive Order N-29-20 and Government Code section 54953 and the distancing recommendations of the California Department of Public Health. The Committee will conduct this meeting from a remote location via teleconference or videoconference by telephone or other electronic means.

This meeting will be accessible to members of the public, and public comment will be allowed only on agenda items at the appropriate time, as follows: 1-888-475-4499 and enter code 430 112 3877 or by Zoom.us and enter code 430 112 3877.

Any individual who requires disability related accommodations or modifications, including auxiliary aids and service, in order to participate in the public meeting should contact Christina Fabrizio at 661.636.4680. Any materials required by law to be made available to the public prior to the meeting can be requested by email to the following address: chfabrizio@kern.org, by May 18, 2022, at 12:00 p.m.

<u>**AGENDA**</u>

1. Call to order and roll call

2. Approval of minutes of April 6, 2022 meeting

3. Approval of minutes of May 12, 2022 Kern Community College District Public Hearing

4. Approval of minutes of May 12, 2022 Caliente Union School District Public Hearing

5. Approval of minutes of May 12, 2022 Muroc Joint Unified School District Public Hearing

6. Approval of minutes of May 12, 2022 Panama-Buena Vista Union School District Public Hearing

7. Action on the request of the Kern Community College District Public on the proposal of the Board of Trustees of the Kern Community College District (KCCD) to revise the boundaries of the areas of election for board members to reflect the federal decennial census, and that the trustee areas from which KCCD Board members will be elected in November 2022 or at the next regularly scheduled governing board member election, if held on a different date, are Areas 1, 2, 3 and 5 as revised; and the trustee areas from which KCCD Board members will be elected in November 2024 or at the regularly scheduled governing board member election, if held on a different date, are Areas 4, 6, and 7, as revised.

NOTICE OF SPECIAL MEETING OF THE
KERN COUNTY COMMITTEE ON SCHOOL DISTRICT ORGANIZATION

**Wednesday, May 18, 2022 at 5 P.M.**

<u>AGENDA -Continued</u>

8. Action on the request on the proposal of the Board of Trustees of the Caliente Union School District that 1) the County Committee on School District Organization approve the rearrangement of the boundaries of the District's trustee residence areas as reflected in the map attached to Resolution 05-22, which balances the trustee residence areas by population and decreases the number of trustee residence areas; 2) members of the governing board continue to be required to reside in "from-trustee areas," but elected by the voters of the District at large; 3) each incumbent member shall serve out his or her term of office; and 4) succeeding board members shall be nominated and elected in accordance with the revised trustee residence area plan proposed by the Board of Trustees.

9. Action on the request on the proposal of the Board of Trustees of the Muroc Joint Unified School District that 1) the County Committee on School District Organization approve the rearrangement of the boundaries of the District's trustee residence areas as reflected in the map attached to Resolution 05-22-01, which balances the trustee residence areas by population; 2) members of the governing board continue to be required to reside in "from-trustee areas," but elected by the voters of the District at large; 3) each incumbent member shall serve out his or her term of office; and 4) succeeding board members shall be nominated and elected in accordance with the revised trustee residence area plan proposed by the Board of Trustees.

10. Action on the request of the Panama-Buena Vista Union School District on the proposal of the Board of Trustees of the Panama-Buena Vista Union School District that 1) members of the governing board be elected in single-member trustee areas in which each trustee must reside as reflected in the proposed trustee area map selected by the Board of Trustees; 2) members of the governing board be elected by the registered voters of that particular trustee area; 3) each incumbent member shall serve out his or her term of office; 4) succeeding board members shall be nominated and elected in accordance with the recommended method of election and in the sequence proposed by the Board of Trustees, and 5) the resolution not be submitted to the electors of the district for approval, because the changes proposed are being made in furtherance of the purposes of the California Voting Rights Act.

11. Adoption of Resolution Honoring Service of long-time Committee Member, William Rankin

12. Action on County Committee Appointment Process

13. Announcements – Schedule June Meeting

14. Adjournment