## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**DOLORES HUERTA FOUNDATION, ET AL.,**

v.

**PANAMA–BUENA VISTA UNION SCHOOL DISTRICT, ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:22–CV–00226–AWI–CDB**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/08/2022**

**Keith Holland**
Clerk of Court

ENTERED: **December 8, 2022**

by: /s/ C. Maldonado
Deputy Clerk